

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

JOHNNY LUNA  #385808                          CIVIL ACTION

VERSUS                                        NO. 03-3237

BURL CAIN WARDEN                              SECTION "M" (6)

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

_____

☑   a certificate of appealability shall not be issued for the following reason(s):
*Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons stated in this Court's order of November 27, 2006.*

Date: Jan 26, 2007

_____
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
____ Doc. No_____