UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY LUNA** | **CIVIL ACTION** |
| versus | **NO. 03-3237**<br>**c/w NO. 04-1453** |
| **BURL CAIN, WARDEN** | **SECTION: "F" (1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motions for relief from judgment and for summary judgment, Rec. Docs. 74 and 85, are **DENIED**.

New Orleans, Louisiana, this  14th  day of  March , 2014.

_____
UNITED STATES DISTRICT JUDGE